EDGAR TATUM *v.* COMMISSIONER OF CORRECTION

The petitioner Edgar Tatum's petition for certification for appeal from the Appellate Court, 66 Conn. App. 61 (AC 20432), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Felix Esposito*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided October 31, 2001

TOWN OF GROTON *v.* CATHY LEWIS ET AL.

The petition by the defendant Eustace H. Lewis, Jr., for certification for appeal from the Appellate Court (AC 21933) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Eustace H. Lewis, Jr.*, pro se, in support of the petition.

Decided October 31, 2001

KEVIN STROBEL *v.* ROSE LI-HWA STROBEL

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 614 (AC 20269/ AC 20276), is denied.

*Rose Li-Hwa Strobel*, pro se, in support of the petition.

Decided November 7, 2001